```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-------------------------------------X
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,                              :    CIVIL ACTION NO.

                    Plaintiff,           :
            v.                                COMPLAINT
                                         :
SSM & RC INCORPORATED, a/k/a SSM &
RC., Inc., d/b/a Spring Sheet Metal & Roofing, :
and
SPRING SHEET METAL AND ROOFING                JURY TRIAL DEMAND
CO. INC.                                 :

                    Defendants.          :
-------------------------------------X
```

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of national origin, and to make whole Juan M. Rodriguez-Perez, who was affected by discrimination in the workplace. Defendants SSM & RC Incorporated, a/k/a/ SSM & RC., Inc., d/b/a Spring Sheet Metal & Roofing, and Spring Sheet Metal and Roofing Co. Inc., subjected Mr. Rodriguez-Perez to discrimination on the basis of his national origin (Hispanic/Cuban) by terminating him and refusing to recall him for work because he spoke Spanish in the workplace and was not fluent in speaking or understanding English.

## JURISDICTION AND VENUE

1.    Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 4511221, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Sections 706(f)(1) and (3) of

Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e5(f)(1) and (3) ("Title VII"), and pursuant to Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2. The unlawful employment practices alleged below were committed within the jurisdiction of the United States District Court for the Western District of New York, Rochester Division.

## PARTIES

3. Plaintiff, Equal Employment Opportunity Commission ("EEOC" or "the Commission"), is an agency of the United States of America charged with the administration, interpretation and enforcement of Title VII and is expressly authorized to bring this action by Sections 706(f)(1) and (3) of Title VII, 42 U.S.C. §§ 2000e5(f)(1) and (3).

4. At all relevant times, SSM & RC Incorporated has continuously been a New York corporation headquartered in Rochester, New York and doing business in the State of New York and the city of Rochester.

5. At all relevant times, SSM & RC Incorporated has also been known as SSM & RC., Inc.

6. At all relevant times, SSM & RC Incorporated has been doing business as Spring Sheet Metal & Roofing.

7. At all relevant times, Spring Sheet Metal and Roofing Co. Inc. has continuously been a New York corporation headquartered in Rochester, New York and doing business in the State of New York and the city of Rochester.

8. At all relevant times, SSM & RC Incorporated has continuously had at least 15 employees.

2

9.  At all relevant times, Spring Sheet Metal and Roofing Co. Inc. has continuously had at least 15 employees.

10. At all relevant times, SSM & RC Incorporated has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g) and (h).

11. At all relevant times, Spring Sheet Metal and Roofing Co. Inc. has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g) and (h).

12. At all relevant times, SSM & RC was an employer of Mr. Rodriguez-Perez.

13. At all relevant times, Spring Sheet Metal and Roofing Co. Inc. was an employer of Mr. Rodriguez-Perez.

## STATEMENT OF CLAIMS

12. More than 30 days before the institution of this lawsuit, Juan M. Rodriguez-Perez filed a charge with the Commission alleging violations of Title VII by Defendants. All conditions precedent to the institution of this lawsuit have been fulfilled.

13. Since approximately December 2003, Defendant SSM &RC Incorporated has engaged in unlawful employment practices in violation of Section 703 of Title VII, 42 U.S.C. § 2000e-2. These practices include, but are not limited to, the following:

   a. Defendant discriminated against Juan M. Rodriguez-Perez on the basis of his national origin (Hispanic/Cuban) when its Foreman fired Mr. Rodriguez-Perez because Mr. Rodriguez-Perez spoke Spanish in the workplace and was not fluent in speaking or understanding English, and Defendant failed to recall Mr. Rodriguez-Perez.

14. Since approximately December, 2003, Defendant Spring Sheet Metal and Roofing Co. Inc. has engaged in unlawful employment practices in violation of Section 703 of Title VII, 42 U.S.C. § 2000e-2. These practices include, but are not limited to, the following:

    a. Defendant discriminated against Juan M. Rodriguez-Perez on the basis of his national origin (Hispanic/Cuban) when its Foreman fired Mr. Rodriguez-Perez because Mr. Rodriguez-Perez spoke Spanish in the workplace and was not fluent in speaking or understanding English, and Defendant failed to recall Mr. Rodriguez-Perez.

15. The effect of the practices complained of in paragraphs 13 and 14 above has been to deprive Mr. Rodriguez-Perez of equal employment opportunities and otherwise adversely affect his status as an employee because of his national origin, and to inflict emotional pain, suffering, loss of enjoyment of life, embarrassment, humiliation, and inconvenience upon Mr. Rodriguez-Perez.

16. The unlawful employment practices complained of above were intentional.

17. The unlawful employment practices complained of above were and are done with malice or with reckless indifference to the federally protected rights of Mr. Rodriguez-Perez.

## PRAYER FOR RELIEF

THEREFORE, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendants, their officers, successors, assigns and all persons in active concert or participation with them, from engaging in any employment practices which discriminate on the basis of national origin.

4

B.    Order Defendants to institute and carry out policies, practices and programs which provide equal employment opportunities for Hispanic employees and which eradicate the effects of Defendants' past and present unlawful employment practices.

C.    Order Defendants to make whole Juan M. Rodriguez-Perez, by providing appropriate backpay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of their unlawful employment practices, including but not limited to front pay and reinstatement.

D.    Order Defendants to make whole Mr. Rodriguez-Perez, by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices set forth above, including but not limited to job search expenses and contributions to pension and health insurance funds, in amounts to be determined at trial.

E.    Order Defendants to make whole Mr. Rodriguez-Perez, by providing compensation for past and future non-pecuniary losses resulting from the unlawful practices complained of above, including but not limited to emotional pain, suffering, inconvenience, loss of enjoyment of life and humiliation, in amounts to be determined at trial.

F.    Order Defendants to pay Mr. Rodriguez-Perez punitive damages for their malicious and reckless conduct described above, in amounts to be determined at trial.

G.    Grant such further relieve as the Court deems necessary and proper in the public interest.

H.    Award the Commission its costs in this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

Respectfully submitted,

Dated:    September 21, 2005
         New York, NY

James L. Lee
Deputy General Counsel

Gwendolyn Y. Reams
Associate General Counsel

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
1801 L Street, N.W.
Washington, D.C. 20507

_/s/ Elizabeth Grossman_

Elizabeth Grossman (EG 2478)
Acting Regional Attorney

_/s/ Nora E. Curtin by EG_

Nora Curtin (NC 5223)
Acting Supervisory Trial Attorney

_/s/ Judy Keenan_

Judy Keenan
Senior Trial Attorney

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
New York District Office
33 Whitehall Street, 5th Floor
New York, NY 10004-2112
(212) 336-3705
(212) 336-3623 (Fax No.)
judy.keenan@eeoc.gov

6